IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CHIEF JUDGE LEWIS T. BABCOCK

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date: May 2, 2007<br>Probation: Michele Means<br>Interpreter: Melinda Gonzalez-Hibner |

| | |
|---|---|
| Criminal Action No. 07-cr-00121-LTB | *Counsel:* |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>1.    ABRAHAM PEREZ-LOPEZ,<br><br>      Defendant. | Gregory Holloway<br><br><br><br><br>Scott Varholak |

## CHANGE OF PLEA

09:32 a.m.    Court in Session

Interpreter sworn

Defendant sworn and answers true name;  Defendant is 25 years old

**EXHIBITS:** Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty;  Court Exhibit 1A - Spanish translation of the Plea Agreement;  Court Exhibit 2A - Spanish translation of the Statement by Defendant in Advance of Plea of Guilty

Defendant advised of maximum penalties

Defendant's right to trial to jury and other constitutional rights explained

Count One Indictment read to defendant

Defendant pleads **GUILTY** to Count One Indictment

Court **accepts** plea of guilty

The defense filed a Motion for Immediate Sentencing (Doc No. 16); the motion is contested.

Argument by Mr. Varholak

Argument by Mr. Holloway

Court's comments

Probation Officer Means' comments

**ORDERED: The motion for forthwith sentencing (Doc No. 16) is DENIED.**

Objections to the Presentence Report are due to the Probation Officer by June 5, 2007.

**ORDERED: A sentencing hearing is set at 8:30 a.m. on Tuesday, June 12, 2007.**

**ORDERED:** Defendant is REMANDED to custody of U.S. Marshal.

10:09 a.m.   Court in Recess
             Hearing Concluded
             TIME: /39